No. 71–5048.   GORNICK v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 71–5055.   LAWRENCE v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 71–5056.   DEVORCE v. DISTRICT COURT FOR THE FIFTH JUDICIAL DISTRICT, COMANCHE COUNTY DIVISION. Ct. Crim. App. Okla.   Certiorari denied.

No. 71–5057.   BENOIT v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 71–5060.   JOHNSON v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 71–5061.   LOIODICI v. MANCUSI, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.

No. 71–5065.   STORNINI v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 71–5066.   CURAN v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 71–5067.   PORCHIA v. CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 71–5070.   RAINEY v. NEW YORK.   Ct. App. N. Y. Certiorari denied.

No. 71–5072.   SULLIVAN v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 71–5074.   POPE v. WILLIAMS.   C. A. 3d Cir.   Certiorari denied.

No. 71–5076.   WASHINGTON v. MANCUSI, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.